**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Clara McElveen Cooper, | ) | |
| | ) | |
| Petitioner, | ) | 4:04-598-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On February 26, 2004, pursuant to 28 U.S.C. §2255, the petitioner commenced this pro se action attacking her guilty plea and sentence. On April 8, 2005, the government moved for summary judgment. On April 11, 2005, the Court issued a Roseboro order, advising the petitioner of summary judgment dismissal procedure and informing the petitioner that she must respond within 34 days of the date of the order. On May 2, 2005, the petitioner filed a motion for a 60 day extension of time. On May 6, 2005, the court granted the petitioner's motion. To this date, the petitioner has not responded.

IT IS THEREFORE ORDERED, that the petitioner respond to the government's motion for summary judgment within 30 days of the date of this order. Failure to respond may result in the Court granting summary judgment against the petitioner pursuant to the Federal Rules of Civil Procedure 56(e).

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

December 20, 2005
Charleston, South Carolina